Case 1:22-cr-20161-DPG   Document 3   Entered on FLSD Docket 04/21/2022   Page 1 of 8

FILED by __KS__ D.C.

Apr 20, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20161-CR-GAYLES/TORRES

46 U.S.C. § 70506(b)
46 U.S.C. § 70503(a)(1)
46 U.S.C. § 70507(a)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

SILVERIO HENRIQUEZ,
VICTOR MANUEL,
GIOVANI JOSE GONZALEZ, and
JEASON ALMONTE,

      Defendants.
_____/

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
### Conspiracy to Possess a Controlled Substance Aboard a Vessel
### (46 U.S.C. § 70506(b))

Beginning on an unknown date and continuing through on or about March 30, 2022, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, the defendants,

SILVERIO HENRIQUEZ,
VICTOR MANUEL,
GIOVANI JOSE GONZALEZ, and
JEASON ALMONTE,

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons unknown to the Grand Jury, to possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46,

United States Code, Section 70503(a)(1), all in violation of Title 46, United States Code, Section 70506(b).

With respect to all defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B).

## COUNT 2
### Possession with Intent to Distribute a Controlled Substance Aboard a Vessel
### (46 U.S.C. § 70503(a)(1))

On or about March 30, 2022, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, the defendants,

**SILVERIO HENRIQUEZ,**
**VICTOR MANUEL,**
**GIOVANI JOSE GONZALEZ, and**
**JEASON ALMONTE,**

did knowingly and intentionally possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and incorporated herein for

2

the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **SILVERIO HENRIQUEZ, VICTOR MANUEL, GIOVANI JOSE GONZALEZ, and JEASON ALMONTE** have an interest.

2. Upon conviction of a violation of Title 46, United States Code, Sections 70503 or 70506, as alleged in this Indictment, the defendants shall each forfeit to the United States any property described in Title 21, United States Code, Section 881(a) that was used or intended for use to commit, or to facilitate the commission of, such offense, pursuant to Title 46, United States Code, Section 70507(a).

All pursuant to Title 46, United States Code, Section 70507(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

MICHELE S. VIGILANCE
ASSISTANT UNITED STATES ATTORNEY

Case 1:22-cr-20161-DPG Document 3 Entered on FLSD Docket 04/21/2022 Page 4 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SILVERIO HENRIQUEZ, et al.

_____/

CASE NO.:

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- [x] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take 5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-MJ-02629-TORRES

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the _____ District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
MICHELE S. VIGILANCE
Assistant United States Attorney
Court ID No. A5502091

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** SILVERIO HENRIQUEZ

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

**\* Max. Penalty:** Life Imprisonment

Count #: 2

Possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **VICTOR MANUEL**

**Case No:** _____

Count #: 1

　　Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

**\* Max. Penalty**:　　　　Life Imprisonment

Count #: 2

　　Possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

**\*Max. Penalty:**　　　　Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: GIOVANI JOSE GONZALEZ**

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

**\* Max. Penalty:**   Life Imprisonment

Count #: 2

Possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

**\*Max. Penalty:**   Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JEASON ALMONTE

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

**\* Max. Penalty:** Life Imprisonment

Count #: 2

Possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

**\*Max. Penalty:** Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.